IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CALHOUN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-8-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **ORDER**

On July 5, 2022, the Magistrate Judge filed a Recommendation (Doc. # 9) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED.

2. Petitioner's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED.

A final judgment will be entered separately.

DONE this 29th day of July, 2022.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE